UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LORENZO C. WIGGINS (#339039) | CIVIL ACTION |
| VERSUS | |
| N. BURL CAIN, ET AL. | NO.: 3:13-cv-00198-BAJ-SCR |

## RULING AND ORDER

Before the Court is Petitioner's **MOTION TO DISMISS ALL GROUNDS FOR RELIEF WHICH WERE NOT FULLY EXHAUSTED THROUGH THE STATE COURTS WHEN ORIGINAL HABEAS CORPUS PETITION WAS FILED (Doc. 14).** The Magistrate Judge has issued a **REPORT (Doc. 15)** recommending that Petitioner's Motion be granted and, further, that the Court refer this matter back to the Magistrate Judge for additional proceedings, (*id.* at pp. 4–5). Defendants do not object to the Magistrate Judge's Report.

Having carefully considered Petitioner's **MOTION (Doc. 14)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 15)** and **ADOPTS** it as the Court's opinion in this matter. Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 6),

**IT IS ORDERED** that Petitioner's **MOTION (Doc. 14)** is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 1ST day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**